1  JOHN H. HEMANN (State Bar No. 165823)
   JOSEPH E. FLOREN (State Bar No. 168292)
2  JONATHAN M. DEGOOYER (State Bar No. 221007)
   LAURA A. LEE (State Bar No. 246032)
3  MORGAN, LEWIS & BOCKIUS LLP
4  One Market, Spear Street Tower
   San Francisco, CA 94105
5  Telephone: 415.442.1000
   Facsimile: 415.442.1001
6  E-mail: jhemann@morganlewis.com
7          jfloren@morganlewis.com
           jdegooyer@morganlewis.com
8          llee@morganlewis.com

9  Attorneys for Nominal Defendant
   EXTREME NETWORKS, INC.                           *E-FILED - 8/2/07*
10

11                          UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

13

14 | YENNA WU, Derivatively on Behalf of    | Case No. C-07-02268-RMW
   | Nominal Defendant EXTREME              |
15 | NETWORKS, INC.,                        | **STIPULATION AND []**
   |                                        | **ORDER CONTINUING INITIAL CASE**
16 |                  Plaintiff,            | **MANAGEMENT CONFERENCE AND**
   |                                        | **ASSOCIATED DEADLINES**
17 |      vs.                               |
18 | GORDON L. STITT, et al.,                |
19 |                  Defendants,           |
20 |      and                               |
21 | EXTREME NETWORKS, INC.,                |
22 |                  Nominal Defendant.   |

23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW                                      STIPULATION AND [] ORDER

| | |
|---|---|
| LINDA ERIKSON, Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC., | Case No. C-07-02388-RMW |
| Plaintiff, | |
| vs. | |
| GORDON L. STITT, et al., | |
| Defendants, | |
| and | |
| EXTREME NETWORKS, INC., | |
| Nominal Defendant. | |
| FRANK A. GRUCEL, JR., Derivatively on Behalf of Nominal Defendant EXTREME NETWORKS, INC., | Case No. C-07-02848-RMW |
| Plaintiff, | |
| vs. | |
| GORDON L. STITT, et al., | |
| Defendants, | |
| and | |
| EXTREME NETWORKS, INC., | |
| Nominal Defendant. | |

TO THE HONORABLE COURT:

Plaintiffs and Defendants hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, there are three derivative actions pending in the Northern District of California against nominal defendant Extreme Networks, Inc., as well as some or all of the Individual Defendants named in this action, captioned as follows:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Wu v. Stitt, et al.* | C-07-02268-RMW | April 25, 2007 |
| *Erikson v. Stitt, et al.* | C-07-02388-RMW | May 2, 2007 |
| *Grucel v. Stitt, et al.* | C-07-02848-RMW | May 31, 2007 |

WHEREAS, on June 18, 2007, each of the above-listed actions was related and assigned to the Honorable Ronald M. Whyte;

WHEREAS, all parties have stipulated to a briefing schedule whereby plaintiffs shall file a consolidated complaint forty-five (45) days after the entry of the Court's Order appointing lead plaintiff(s) and lead counsel in the consolidated action;

WHEREAS, a Case Management Conference for the above actions is currently scheduled for August 3, 2007;

WHEREAS, a hearing to consolidate the cases, appoint lead plaintiff(s) and appoint lead counsel is currently scheduled for August 17, 2007;

WHEREAS, for reasons of judicial economy the parties believe that the Case Management Conference currently scheduled for August 3, 2007 should be continued until after the Court has entered an Order appointing lead plaintiff(s) and lead counsel in the consolidated action and the appointed lead plaintiff(s) have filed a consolidated complaint;

WHEREAS, Local Rule 16-2(e) requires Court approval of any stipulation to vary the date of a Case Management Conference;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, as follows:

1. The Initial Case Management Conference currently set for August 3, 2007 shall be continued to October 26, 2007, or thereafter, depending on the Court's availability. All other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR deadlines are continued accordingly.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Dated: July 31, 2007 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | | JOHN H. HEMANN |
| | | JOSEPH E. FLOREN |
| 3 | | JONATHAN M. DEGOOYER |
| | | LAURA A. LEE |

By:_____/s/ Jonathan M. DeGooyer_____
      Jonathan M. DeGooyer

One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-1000
Facsimile: (415) 442-1001

**Attorneys For Nominal Defendant Extreme Networks, Inc.**

Dated: July 31, 2007

**SCHIFFRIN, BARROWAY, TOPAZ & KESSLER, LLP**
ALAN R. PLUTZIK
ROBERT M. BRAMSON
L. TIMOTHY FISHER

By:_____/s/ Alan R. Plutzik_____
      Alan R. Plutzik

2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

SCHIFFRIN, BARROWAY, TOPAZ &
    KESSLER, LLP
ERIC. L. ZAGAR
ROBIN WINCHESTER
NICHOLE BROWNING
J. DANIEL ALBERT
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**Attorneys for Plaintiffs
Yenna Wu and Linda Erikson**

| | | |
|---|---|---|
| 1 | Dated: July 31, 2007 | **LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** |
| 2 | | JOHN K. GRANT |
| 3 | | SHAWN A. WILLIAMS<br>MONIQUE C. WINKLER |
| 4 | | AELISH M. BAIG |

By:_____/s/ Shawn A. Williams_____
      Shawn A. Williams

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
JAMES J. JACONETTE
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
THOMAS G. WILHELM
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Telephone: (310) 859-3100
Facsimile: (310) 278-2148

**Attorneys for Plaintiff
Frank A. Grucel, Jr.**

I, Jonathan M. DeGooyer, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. I hereby attest that each of the two signatories identified above has concurred in this filing.

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:**

The Initial Case Management Conference currently set for August 3, 2007 shall be continued to _October 26_____, 2007. All other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR deadlines are continued accordingly.

DATED: __8/2_____, 2007        _/s/ Ronald M. Whyte_____
                                     Hon. Ronald M. Whyte
                                     United States District Judge

1-SF/7581928.1