| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | JOHN K. GRANT (169813) |
|   | SHAWN A. WILLIAMS (213113) |
| 3 | MONIQUE C. WINKLER (213031) |
|   | AELISH M. BAIG (201279) |
| 4 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA  94111 |
| 5 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 6 | johng@csgrr.com |
|   | shawnw@csgrr.com |
| 7 | mwinkler@csgrr.com |
|   | abaig@csgrr.com |

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED - 10/3/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| In re EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | ) ) ) ) ) | No. C-07-02268-RMW<br><br>STIPULATION AND [] ORDER REVISING SCHEDULE FOR FILING OF CONSOLIDATED COMPLAINT |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) ) ) ) ) | |

1    WHEREAS, further to the Stipulation and Order Consolidating Cases for All Purposes and
2 Establishing Pleading and Briefing Schedule ("Consolidation Order") issued by this Court on August
3 2, 2007, plaintiffs' Consolidated Complaint in this action is due Thursday September 27, 2007;

4    WHEREAS, all parties agree that plaintiffs may have a two week extension, until October
5 11, 2007, to file the Consolidated Complaint; and

6    WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial
7 efficiency, and will not cause prejudice to any party.

8    THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through
9 their respective counsel of record, as follows:

10    **SCHEDULE**

11    1.    Plaintiffs shall have until no later than October 11, 2007 to file a Consolidated
12 Complaint which will supersede all existing complaints filed in these actions.  As set forth in the
13 Consolidation Order, defendants shall answer or otherwise respond to the Consolidated Complaint
14 no later than forty-five days after the date of filing.  In the event that defendants file and serve any
15 motion directed at the Consolidated Complaint, plaintiffs shall file and serve their opposition no later
16 than forty-five days after service of defendants' motion.  If defendants file and serve a reply to
17 plaintiffs' opposition, they will do so no later than twenty days after service of the opposition.

18    IT IS SO STIPULATED.

19 DATED:  September 26, 2007                COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
20                                              JOHN K. GRANT
                                                SHAWN A. WILLIAMS
21                                              MONIQUE C. WINKLER
                                                AELISH M. BAIG
22

23
                                                         /s/
24                                              SHAWN A. WILLIAMS

25                                              100 Pine Street, Suite 2600
                                                San Francisco, CA  94111
26                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
27

28

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 3 | DARREN J. ROBBINS<br>TRAVIS E. DOWNS III |
| 4 | KATHLEEN A. HERKENHOFF<br>JAMES I. JACONETTE |
| 5 | BENNY C. GOODMAN III<br>MARY LYNNE CALKINS |
| 6 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 7 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 8 | Lead Counsel for Plaintiffs |
| 9 | MORGAN, LEWIS & BOCKIUS LLP |
| 10 | JOHN H. HEMANN<br>JOSEPH E. FLOREN |
| 11 | JONATHAN M. DEGOOYER<br>LAURA A. LEE |

                                                  /s/
                                        JOSEPH E. FLOREN

                                One Market, Spear Street Tower
                                San Francisco, CA  94105-1126
                                Telephone:  415/442-1000
                                415/442-1001 (fax)

                                Attorneys for Nominal Defendant Extreme
                                Networks, Inc.

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Revising Schedule for Filing of Consolidated Complaint.  In compliance with General Order 45, X.B., I hereby attest that Joseph E. Floren of Morgan, Lewis & Bockius LLP has concurred in this filing.

                          *     *     *

# O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __10/3/07_____        *Ronald M. Whyte*
                                       THE HONORABLE RONALD M. WHYTE
                                       UNITED STATES DISTRICT JUDGE

T:\CasesSF\Extreme Networks\stp00045791.doc

STIPULATION AND [] ORDER REVISING SCHEDULE FOR FILING OF
CONSOLIDATED COMPLAINT - C-07-02268-RMW                                    - 2 -

1  CERTIFICATE OF SERVICE

2      I hereby certify that on September 26, 2007, I electronically filed the foregoing with the
3  Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6  participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct.  Executed on September 26, 2007.

                                                                 /s/
                                                        SHAWN A. WILLIAMS

                                             COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
                                             100 Pine Street, 26th Floor
                                             San Francisco, CA  94111
                                             Telephone:  415/288-4545
                                             415/288-4534 (fax)

                                             E-mail: shawnw@csgrr.com

# Mailing Information for a Case 5:07-cv-02268-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@lerachlaw.com

- **Jonathan DeGooyer**
  jdegooyer@morganlewis.com,lwalker@morganlewis.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **John Henry Hemann**
  jhemann@morganlewis.com,clandis@morganlewis.com

- **Laura Alexis Lee**
  llee@morganlewis.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Emanuel Shachmurove**
  mshachmurove@sbtklaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchest

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert Bramson**
Farrow, Bramson, & Plutzik, LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, CA 94598

**L Timothy Fisher**
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 102
Walnut Creek, Ca 94598

**Eric Lechtzin**
Schiffrin Barroway Topaz Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

**Laura A Lee**
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105