| | |
|---|---|
| IN RE: EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | *E-FILED - 1/3/08* <br><br> CASE NO.: C-07-02268-RMW <br><br> **SEALING ORDER** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that Exhibit 17 in Support of Nominal Defendant Extreme Networks, Inc.'s Motion to Dismiss for Failure to Excuse Demand shall be filed under seal.

IT IS SO ORDERED.

DATED: January 3, 2008

_____
RONALD M. WHYTE
United States District Judge

1
2 Copy of Order E-Filed to Counsel of Record: