| | |
|---|---|
| 1 | JOHN H. HEMANN (State Bar No. 165823) |
| 2 | JOSEPH E. FLOREN (State Bar No. 168292)<br>JONATHAN M. DEGOOYER (State Bar No. 221007) |
| 3 | MIEKE I. BIESHEUVEL (State Bar No. 228828)<br>MORGAN, LEWIS & BOCKIUS LLP |
| 4 | One Market, Spear Street Tower<br>San Francisco, CA 94105 |
| 5 | Telephone: 415.442.1000 |
| 6 | Facsimile: 415.442.1001<br>E-mail: jhemann@morganlewis.com |
| 7 | jfloren@morganlewis.com<br>jdegooyer@morganlewis.com |
| 8 | mbiesheuvel@morganlewis.com |
| 9 | Attorneys for Nominal Defendant<br>EXTREME NETWORKS, INC. |

*E-FILED - 1/16/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re EXTREME NETWORKS, INC.<br>SHAREHOLDER DERIVATIVE<br>LITIGATION | Case No. C-07-02268-RMW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING CASE<br>MANAGEMENT AND MOTION<br>SCHEDULE** |
| This Document Relates To:<br><br>ALL ACTIONS | |

**TO THE HONORABLE COURT:**

Plaintiff and defendants hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, this is a consolidated shareholder derivative action in which plaintiff alleges claims for violations of Sections 10(b), 14(a), and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78n(a), 78t(a), Rule 10b-5, 17 C.F.R. § 240.10b-5, and state law claims concerning stock options grants and related accounting practices by the individual defendants;

WHEREAS, lead plaintiff Frank A. Grucel ("Lead Plaintiff") filed his First Amended Consolidated Complaint (the "Consolidated Complaint") in this action on October 11, 2007;

WHEREAS, defendants are required to answer or otherwise respond to the Consolidated Complaint no later than November 26, 2007, pursuant to the parties' September 26, 2007 stipulation (Docket Entry No. 39);

WHEREAS, nominal defendant Extreme Networks, Inc. ("Extreme Networks") intends to file a motion to dismiss the Consolidated Complaint for lack of standing, including for failure to excuse demand pursuant to Federal Rule of Civil Procedure 23.1, (the "Standing Motion");

WHEREAS, individual defendants Gordon L. Stitt, Michael West, William R. Slakey, Michael J. Palu, Alexander J. Gray, Herb Schneider, Frank C. Carlucci, Stephen Haddock, Alicia Jayne Moore, Harry Silverglide, Robert L. Corey, Kenneth Levy, Charles P. Carinalli, Peter Wolken, Harold Covert, Vito Palermo, June Jull, Promod Haque, Lawrence Orr, Steven Fukuda, Bassam Halabi, Allan Miller, Christopher Todd, and Darrell Scherbarth intend to file one or more separate motions to dismiss the Consolidated Complaint for failure to state a cause of action pursuant to Federal Rule of Civil Procedure 12(b)(6) (the "Individual Defendants' Motions");

WHEREAS, for reasons of judicial economy and avoidance of overlapping effort and expense, all parties believe that Extreme Networks' Standing Motion should be briefed and heard by the Court before the Individual Defendants' Motions;

WHEREAS, the Court's consideration of the Standing Motion before the Individual Defendants' Motions will not cause delay in the progress of the case because the parties agree

that discovery may proceed if the Court denies the Standing Motion;

WHEREAS, plaintiffs agree not to seek entry of default as to any individual defendant pending the Court's consideration of this Stipulation and [Proposed] Order;

WHEREAS, previous time modifications in the case consist of continuing the Case Management Conference once by Court order (Docket Entry No. 14) and twice by stipulation (Docket Entry Nos. 36, 42), and extending the deadline for plaintiff to file the Consolidated Complaint (Docket Entry No. 39);

WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial economy, and will not cause prejudice to any party;

WHEREAS, Local Rule 6-2 requires Court approval of any stipulation revising the date of a deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, subject to Court approval, as follows:

1. Extreme Networks shall file and serve its Standing Motion according to the schedule previously set pursuant to the Stipulation and Order Revising Schedule for Filing of Consolidated Complaint, issued by this Court on October 3, 2007 (Docket Entry No. 39) (i.e. such motion shall be filed by November 26, 2007).

2. Other than as set forth above in paragraph 1, defendants need not respond to the Consolidated Complaint until resolution of the Standing Motion. If the Court denies the Standing Motion, the parties shall meet and confer regarding a schedule for the Individual Defendants' Motions.

3. Discovery may proceed once the Court denies the Standing Motion.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: November 6, 2007 | **MORGAN, LEWIS & BOCKIUS LLP**<br>JOHN H. HEMANN<br>JOSEPH E. FLOREN<br>JONATHAN M. DEGOOYER<br>MIEKE I. BIESHEUVEL<br><br>By: _____/S/_____<br>    Joseph E. Floren<br><br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1126<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br><br>**Attorneys For Nominal Defendant Extreme Networks, Inc.** |

I, Joseph E. Floren, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. I hereby attest that the signatory identified below has concurred in this filing.

| | | |
|---|---|---|
| Dated: November 6, 2007 | | COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP JOHN K. GRANT SHAWN A. WILLIAMS MONIQUE C. WINKLER AELISH M. BAIG |

By: _____/S/_____
Aelish M. Baig

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
JAMES J. JACONETTE
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

**Lead Counsel for Plaintiff**

\*   \*   \*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 1/16/08, 2007        *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

1-SF/7626298.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

5

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-07-02268-RMW