| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|  |   RUDMAN & ROBBINS LLP |
| 2 | JOHN K. GRANT (169813) |
|  | SHAWN A. WILLIAMS (213113) |
| 3 | MONIQUE C. WINKLER (213031) |
|  | AELISH M. BAIG (201279) |
| 4 | 100 Pine Street, Suite 2600 |
|  | San Francisco, CA 94111 |
| 5 | Telephone: 415/288-4545 |
|  | 415/288-4534 (fax) |
| 6 | johng@csgrr.com |
|  | shawnw@csgrr.com |
| 7 | mwinkler@csgrr.com |
|  | abaig@csgrr.com |

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

***E-FILED - 1/16/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | No. C-07-02268-RMW <br><br> STIPULATION AND [] ORDER REVISING BRIEFING SCHEDULE |
| This Document Relates To: <br><br> ALL ACTIONS. | |

WHEREAS, plaintiffs filed their First Amended Consolidated Complaint in this action on October 11, 2007;

WHEREAS, defendants filed their Motion to Dismiss and supporting papers[1] on November 26, 2007;

WHEREAS, further to the October 3, 2007 Stipulation and Order entered by this Court, plaintiffs' Opposition to Defendants' Motion to Dismiss in this action is due Thursday, January 10, 2007;

WHEREAS, all parties agree that plaintiffs may have a fifteen-day extension, until January 25, 2007, to file an Opposition to the Motion to Dismiss and supporting papers;

WHEREAS, on December 4, 2007, the Court's Clerk issued a Notice Continuing the Hearing Date for Defendants' Motion to Dismiss from February 29, 2008 at 9:00 a.m. until March 14, 2008 at 9:00 a.m.; and

WHEREAS, there has been no previous continuance sought in connection with the briefing for this motion, and the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, as follows:

**SCHEDULE**

Plaintiffs shall have until no later than January 25, 2008 to file an Opposition to Defendants' Motion to Dismiss. If defendants file and serve a reply to plaintiffs' opposition, they will do so by no later than February 22, 2008. The hearing date of March 14, 2008 at 9:00 a.m. will remain as set by the Court.

---

[1] Extreme Networks, Inc.'s Motion to Dismiss; Request for Judicial Notice in Support of Extreme Networks, Inc.'s Motion to Dismiss; Declaration of Joseph E. Floren in Support Thereof.

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | DATED: December 26, 2007 |
| 3 | |
| 4 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 5 | JOHN K. GRANT<br>SHAWN A. WILLIAMS |
| 6 | MONIQUE C. WINKLER<br>AELISH M. BAIG |
| 7 | |
| 8 |       /s Aelish M. Baig<br>AELISH M. BAIG |
| 9 | 100 Pine Street, Suite 2600 |
| 10 | San Francisco, CA 94111<br>Telephone: 415/288-4545 |
| 11 | 415/288-4534 (fax) |
| 12 | COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 13 | DARREN J. ROBBINS<br>TRAVIS E. DOWNS III |
| 14 | KATHLEEN A. HERKENHOFF<br>JAMES I. JACONETTE |
| 15 | BENNY C. GOODMAN III<br>MARY LYNNE CALKINS |
| 16 | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 17 | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 18 | Lead Counsel for Plaintiffs |
| 19 | MORGAN, LEWIS & BOCKIUS LLP |
| 20 | JOHN H. HEMANN<br>JOSEPH E. FLOREN |
| 21 | JONATHAN M. DEGOOYER<br>LAURA A. LEE |
| 22 | |
| 23 |       /s Jonathan M. DeGooyer<br>JONATHAN M. DEGOOYER |
| 24 | |
| 25 | One Market, Spear Street Tower<br>San Francisco, CA 94105-1126 |
| 26 | Telephone: 415/442-1000<br>415/442-1001 (fax) |
| 27 | Attorneys for Nominal Defendant Extreme<br>Networks, Inc. |
| 28 | |

STIPULATION AND [] ORDER REVISING BRIEFING SCHEDULE - C-07-02268-RMW    - 2 -

1      I, Aelish M. Baig, am the ECF User whose ID and password are being used to file this
2 Stipulation and [Proposed] Order Revising Briefing Schedule.  In compliance with General Order
3 45, X.B., I hereby attest that Jonathan M. DeGooyer of Morgan, Lewis & Bockius LLP has
4 concurred in this filing.

                                   \*      \*      \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __1/16/08_____        *Ronald M. Whyte*
                                                THE HONORABLE RONALD M. WHYTE
                                                UNITED STATES DISTRICT JUDGE

T:\CasesSF\Extreme Networks\STIP00048115.doc

# Mailing Information for a Case 5:07-cv-02268-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **Robert Bramson**
  rbramson@bramsonplutzik.com

- **Jonathan DeGooyer**
  jdegooyer@morganlewis.com,lwalker@morganlewis.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **John Henry Hemann**
  jhemann@morganlewis.com,ycano@morganlewis.com

- **Laura Alexis Lee**
  llee@morganlewis.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Emanuel Shachmurove**
  mshachmurove@sbtklaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.co

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
L Timothy Fisher
Schiffrin Barroway Topaz & Kessler LLP
```

2125 Oak Grove Road
Suite 102
Walnut Creek, Ca 94598

**Eric Lechtzin**
Schiffrin Barroway Topaz Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

**Laura A Lee**
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105