1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  JOHN K. GRANT (169813)
   SHAWN A. WILLIAMS (213113)
3  MONIQUE C. WINKLER (213031)
   AELISH M. BAIG (201279)
4  100 Pine Street, Suite 2600
   San Francisco, CA  94111
5  Telephone:  415/288-4545
   415/288-4534 (fax)
6  johng@csgrr.com
   shawnw@csgrr.com
7  mwinkler@csgrr.com
   abaig@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED - 2/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | No. C-07-02268-RMW |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [] ORDER EXTENDING DEADLINES FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND SETTING SCHEDULE FOR SECOND AMENDED CONSOLIDATED COMPLAINT |

| | |
|---|---|
| 1 | WHEREAS, Lead Plaintiff filed his First Amended Consolidated Complaint in this action on |
| 2 | October 11, 2007; |
| 3 | WHEREAS, Defendant Extreme Networks, Inc. ("Extreme") filed its Motion to Dismiss and |
| 4 | supporting papers on November 26, 2007, contending that Lead Plaintiff lacks standing to sue in this |
| 5 | derivative action and has not alleged facts showing that pre-litigation demand upon Extreme's Board |
| 6 | of Directors was excused as required under Federal Rules of Civil Procedure 23.1; |
| 7 | WHEREAS, Lead Plaintiff's Opposition to Extreme's Motion to Dismiss in this action is due |
| 8 | Friday, January 25, 2007; |
| 9 | WHEREAS, the court has set a hearing date for Extreme's Motion to Dismiss for March 14, |
| 10 | 2008 at 9:00 a.m.; |
| 11 | WHEREAS, Lead Plaintiff has requested an agreement from Defendants allowing Lead |
| 12 | Plaintiff leave to amend the First Amended Consolidated Complaint in order to address the |
| 13 | arguments raised in Extreme's Motion to Dismiss; |
| 14 | WHEREAS, Defendants agree, subject to Court approval, that Lead Plaintiff may be granted |
| 15 | leave to file a Second Amended Complaint in an effort to address the arguments raised in Extreme's |
| 16 | Motion to Dismiss; |
| 17 | WHEREAS, in the event the Court grants a renewed motion to dismiss as to the Second |
| 18 | Amended Complaint, Defendants will contend, and plaintiffs may oppose, that further leave to |
| 19 | amend should be denied by the Court; |
| 20 | WHEREAS, the parties have met and conferred and agree that Lead Plaintiff shall no later |
| 21 | than February 25, 2008 file a Second Amended Consolidated Complaint; |
| 22 | WHEREAS, there has been one previous continuance sought in connection with the briefing |
| 23 | related to Extreme's Motion to Dismiss, and the agreed-upon schedule is not for the purpose of |
| 24 | delay, promotes judicial efficiency, and will not cause prejudice to any party, |
| 25 | THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiff and Defendants, |
| 26 | through their respective counsel of record, and subject to the approval of the Court as follows: |
| 27 | |
| 28 | |

# SCHEDULE

Lead Plaintiff shall have until no later than February 25, 2008 to file a Second Amended Consolidated Complaint. Defendants shall file and serve an answer or motion attacking the Second Amended Consolidated Complaint no later than April 10, 2008. The hearing currently scheduled for March 14, 2008 is hereby VACATED.

IT IS SO STIPULATED.

DATED: January 24, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


        /s Shawn A. Williams
       SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
DARREN J. ROBBINS
TRAVIS E. DOWNS III
KATHLEEN A. HERKENHOFF
JAMES I. JACONETTE
BENNY C. GOODMAN III
MARY LYNNE CALKINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN
JOSEPH E. FLOREN
JONATHAN M. DEGOOYER
LAURA A. LEE

      /s Joseph E. Floren
      JOSEPH E. FLOREN

One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: 415/442-1000
415/442-1001 (fax)

Attorneys for Nominal Defendant Extreme Networks, Inc.

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Deadlines for Briefing on Defendants' Motion to Dismiss and Setting Schedule for Second Amended Consolidated Complaint. In compliance with General Order 45, X.B., I hereby attest that Joseph E. Floren of Morgan, Lewis & Bockius LLP has concurred in this filing.

*   *   *

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2/6/08        *Ronald M. Whyte*
                                                    THE HONORABLE RONALD M. WHYTE
                                                    UNITED STATES DISTRICT JUDGE

T:\CasesSF\Extreme Networks\STP00048454.doc

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 24, 2008.

    /s Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: ShawnW@csgrr.com

# Mailing Information for a Case 5:07-cv-02268-RMW

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **Robert Bramson**
  rbramson@bramsonplutzik.com

- **Jonathan DeGooyer**
  jdegooyer@morganlewis.com,lwalker@morganlewis.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **John Henry Hemann**
  jhemann@morganlewis.com,ycano@morganlewis.com

- **Laura Alexis Lee**
  llee@morganlewis.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Emanuel Shachmurove**
  mshachmurove@sbtklaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgr

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.co

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
L Timothy Fisher
Schiffrin Barroway Topaz & Kessler LLP
```

```
2125 Oak Grove Road
Suite 102
Walnut Creek, Ca 94598
```

**Eric Lechtzin**
Schiffrin Barroway Topaz Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

**Laura A Lee**
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105