COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT (169813)
SHAWN A. WILLIAMS (213113)
MONIQUE C. WINKLER (213031)
AELISH M. BAIG (201279)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
johng@csgrr.com
shawnw@csgrr.com
mwinkler@csgrr.com
abaig@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED - 2/6/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | No. C-07-02268-RMW |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR FEBRUARY 8, 2008 |

| | |
|---|---|
| 1 | WHEREAS, Lead Plaintiff filed his First Amended Consolidated Complaint in this action on |
| 2 | October 11, 2007; |
| 3 | WHEREAS, Defendant Extreme Networks, Inc. ("Extreme") filed its Motion to Dismiss and |
| 4 | supporting papers on November 26, 2007, contending that Lead Plaintiff lacks standing to sue in this |
| 5 | derivative action and has not alleged facts showing that pre-litigation demand upon Extreme's Board |
| 6 | of Directors was excused as required under Federal Rules of Civil Procedure 23.1; |
| 7 | WHEREAS, Further to the Stipulation and Proposed Order filed by the parties on January 24, |
| 8 | 2008, and not yet ruled upon by the Court, the parties have agreed that Lead Plaintiff shall no later |
| 9 | than February 25, 2008 file a Second Amended Consolidated Complaint, Defendants shall file and |
| 10 | serve an answer or motion attacking the Second Amended Consolidated Complaint no later than |
| 11 | April 10, 2008, and the hearing currently scheduled for March 14, 2008 is hereby VACATED; |
| 12 | THEREFORE, IT IS STIPULATED AND AGREED by Lead Plaintiff and Defendants, |
| 13 | through their respective counsel of record, and subject to the approval of the Court as follows: |

**SCHEDULE**

The Case Management Conference currently scheduled for February 8, 2008 is hereby VACATED, to be rescheduled to such date that the Court hears defendants' motions to dismiss Lead Plaintiff's Second Amended Consolidated Complaint.

IT IS SO STIPULATED.

DATED: February 1, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
JOHN K. GRANT
SHAWN A. WILLIAMS
MONIQUE C. WINKLER
AELISH M. BAIG


     /s Shawn A. Williams
     SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
| 2 |   RUDMAN & ROBBINS LLP<br>DARREN J. ROBBINS |
| 3 | TRAVIS E. DOWNS III<br>KATHLEEN A. HERKENHOFF |
| 4 | JAMES I. JACONETTE<br>BENNY C. GOODMAN III |
| 5 | MARY LYNNE CALKINS<br>655 West Broadway, Suite 1900 |
| 6 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 7 | 619/231-7423 (fax) |
| 8 | Lead Counsel for Plaintiffs |
| 9 | MORGAN, LEWIS & BOCKIUS LLP<br>JOHN H. HEMANN |
| 10 | JOSEPH E. FLOREN<br>JONATHAN M. DEGOOYER |
| 11 | LAURA A. LEE |
| 12 | |
| 13 |       /s Joseph E. Floren<br>      JOSEPH E. FLOREN |
| 14 | |
| 15 | One Market, Spear Street Tower<br>San Francisco, CA  94105-1126<br>Telephone:  415/442-1000 |
| 16 | 415/442-1001 (fax) |
| 17 | Attorneys for Nominal Defendant Extreme<br>Networks, Inc. |
| 18 |      I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this |
| 19 | Stipulation and [Proposed] Order Continuing the Case Management Conference Currently |
| 20 | Scheduled for Febriary 8, 2008.  In compliance with General Order 45, X.B., I hereby attest that |
| 21 | Joseph E. Floren of Morgan, Lewis & Bockius LLP has concurred in this filing. |
| 22 | |
| 23 |           \*     \*     \* |
| 24 | **O R D E R** |
| 25 |     PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 26 | DATED:  2/6/08          *Ronald M. Whyte* |
| 27 |                 THE HONORABLE RONALD M. WHYTE<br>                UNITED STATES DISTRICT JUDGE |
| 28 | T:\CasesSF\Extreme Networks\STP00048819_cmc.doc |

# CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 1, 2008.

/s Shawn A. Williams
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:Shawnw@csgrr.com

**Mailing Information for a Case 5:07-cv-02268-RMW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **Robert Bramson**
  rbramson@bramsonplutzik.com

- **Jonathan DeGooyer**
  jdegooyer@morganlewis.com,lwalker@morganlewis.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **John Henry Hemann**
  jhemann@morganlewis.com,ycano@morganlewis.com

- **Laura Alexis Lee**
  llee@morganlewis.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Emanuel Shachmurove**
  mshachmurove@sbtklaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,khuang@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,travisd@csgrr.com,aelishb@csgrr.com,e_file_sd@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
L Timothy Fisher
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 102
Walnut Creek, Ca 94598

Eric Lechtzin
Schiffrin Barroway Topaz Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

Laura A Lee
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
```