JOHN H. HEMANN (State Bar No. 165823)
JOSEPH E. FLOREN (State Bar No. 168292)
JONATHAN M. DEGOOYER (State Bar No. 221007)
LAURA A. LEE (State Bar No. 246032)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: jhemann@morganlewis.com
       jfloren@morganlewis.com
       jdegooyer@morganlewis.com
       llee@morganlewis.com

Attorneys for Nominal Defendant
EXTREME NETWORKS, INC.

*E-FILED - 7/10/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. C-07-02268-RMW<br><br>**STIPULATION AND [] ORDER CONTINUING HEARING DATE FOR NOMINAL DEFENDANT EXTREME NETWORKS, INC.'S MOTION TO DISMISS AND MOTION TO STRIKE** |

**TO THE HONORABLE COURT:**

Plaintiff and Nominal Defendant Extreme Networks, Inc. hereby stipulate and agree, by and through their undersigned counsel of record, as follows:

WHEREAS, this is a consolidated shareholder derivative action in which Plaintiff alleges claims for violations of Sections 10(b), 14(a), and 20(a) of the Securities Exchange Act of 1934, 15 U.S.C. §§ 78j(b), 78n(a), 78t(a), Rule 10b-5, 17 C.F.R. § 240.10b-5, and state law claims concerning stock options grants and related accounting practices by Nominal Defendant Extreme Networks, Inc.;

WHEREAS, Plaintiff filed his Second Amended Consolidated Complaint in this action on February 25, 2008 (Docket Entry No. 67);

WHEREAS, Nominal Defendant Extreme Networks, Inc. filed its Motion to Dismiss Plaintiff's Second Amended Complaint and Motion to Strike certain portions of Plaintiff's Second Amended Complaint on April 10, 2008 (Docket Entry No. 68);

WHEREAS, Nominal Defendant Extreme Networks, Inc.' Motion to Dismiss and Motion to Strike was originally noticed for hearing on June 27, 2008 at 9:00 a.m. (Docket Entry No. 68);

WHEREAS, on the Court's own motion, the hearing date for Nominal Defendant Extreme Networks, Inc.'s Motion to Dismiss and Motion to Strike was continued to July 18, 2008 at 9:00 a.m. (Docket Entry No. 73);

WHEREAS, due to Nominal Defendant Extreme Networks, Inc.'s scheduling conflicts, Plaintiff and Nominal Defendant Extreme Networks, Inc. have agreed to continue the July 18, 2008 hearing date for Nominal Defendant Extreme Networks, Inc.'s Motion to Dismiss and Motion to Strike to August 8, 2008 at 9:00 a.m., or a date and time thereafter depending on the Court's availability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, as follows:

1. The hearing date for Nominal Defendant Extreme Networks, Inc.'s Motion to Dismiss and Motion to Strike shall be continued to August 8, 2008 at 9:00 a.m., or a date and

1  time thereafter, depending on the Court's availability.

2  **IT IS SO STIPULATED.**

3  Dated: June 26, 2008                          **MORGAN, LEWIS & BOCKIUS LLP**
                                                 JOHN H. HEMANN
4                                                JOSEPH E. FLOREN
                                                 JONATHAN M. DEGOOYER
5                                                LAURA A. LEE

6

7
                                                 By:_____/s/ Jonathan M. DeGooyer_____
8                                                         Jonathan M. DeGooyer

9                                                One Market, Spear Street Tower
                                                 San Francisco, CA 94105-1126
10                                               Telephone: (415) 442-1000
                                                 Facsimile: (415) 442-1001
11
                                                 **Attorneys For Nominal Defendant**
12                                               **Extreme Networks, Inc.**

| | |
|---|---|
| Dated: June 26, 2008 | **COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP** <br> JOHN K. GRANT <br> SHAWN A. WILLIAMS <br> MONIQUE C. WINKLER <br> AELISH M. BAIG <br><br> By:_____/s/ Shawn A. Williams_____ <br> Shawn A. Williams <br><br> 100 Pine Street, Suite 2600 <br> San Francisco, CA 94111 <br> Telephone: (415) 288-4545 <br> Facsimile: (415) 288-4534 <br><br> COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP <br> DARREN J. ROBBINS <br> TRAVIS E. DOWNS III <br> KATHLEEN A. HERKENHOFF <br> JAMES J. JACONETTE <br> BENNY C. GOODMAN III <br> MARY LYNNE CALKINS <br> 655 West Broadway, Suite 1900 <br> San Diego, CA 92101-3301 <br> Telephone: (619) 231-1058 <br> Facsimile: (619) 231-7423 <br><br> **Lead Counsel for Plaintiff** |

I, Jonathan M. DeGooyer, am the ECF User whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. I hereby attest that the signatory identified above has concurred in this filing.

**[] ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, AND GOOD CAUSE APPEARING, THE COURT ORDERS AS FOLLOWS:**

The hearing date for Nominal Defendant Extreme Networks, Inc.'s Motion to Dismiss and Motion to Strike shall be continued to August 8, 2008 at 9:00 a.m.

DATED: __7/10_____, 2008    *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

1-SF/7720129.1