COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
AELISH M. BAIG (201279)
CHRISTOPHER M. WOOD (254908)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
abaig@csgrr.com
cwood@csgrr.com

Lead Counsel for Plaintiffs

[Additional counsel appear on signature page.]

*E-FILED - 9/8/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | No. C-07-02268-RMW |
| This Document Relates To:<br><br>    ALL ACTIONS. | STIPULATION AND [] ORDER RE MOTION FOR THE APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL, MOTION TO INTERVENE AND AMENDED COMPLAINT |

1  WHEREAS, on August 12, 2008, the Court entered an Order Granting Nominal Defendant's [Extreme Networks, Inc.] Motion to Dismiss ("Order") the Second Amended Complaint;

WHEREAS, the Order requires plaintiffs to file a motion for the appointment of lead plaintiff and lead counsel and an amended complaint no later than September 2, 2008, and Kathleen Wheatley ("Wheatley") intends to file such motions as well as a motion to intervene as plaintiff in this action;

WHEREAS, due to a family matter Wheatley has requested an agreement from defendants to extend the date by which she must file the aforementioned documents from September 2, 2008 to September 4, 2008, and defendants have agreed;

WHEREAS, there has been no previous continuance sought in connection with the filing of these Court-ordered submissions, and the agreed-upon schedule is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to any party.

THEREFORE, IT IS STIPULATED AND AGREED by Wheatley and defendants, through their respective counsel of record, subject to approval of the Court, as follows:

**SCHEDULE**

Wheatley shall have until no later than September 4, 2008, to file her motion to intervene, motion for the appointment of lead plaintiff and lead counsel and an amended complaint.

DATED:  September 2, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
AELISH M. BAIG
CHRISTOPHER M. WOOD


            s/ Shawn A. Williams
             SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

STIPULATION & [] ORDER RE MOTION FOR APPOINTMENT OF LEAD PLAINTIFF &
LEAD COUNSEL, MOTION TO INTERVENE & AMENDED COMPLAINT- C-07-02268-RMW           - 1 -

|   |   |
|---|---|
| | COUGHLIN STOIA GELLER <br>   RUDMAN & ROBBINS LLP <br> DARREN J. ROBBINS <br> TRAVIS E. DOWNS III <br> KATHLEEN A. HERKENHOFF <br> JAMES I. JACONETTE <br> BENNY C. GOODMAN III <br> MARY LYNNE CALKINS <br> 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 <br> Telephone:  619/231-1058 <br> 619/231-7423 (fax) <br><br> Lead Counsel for Plaintiffs |
| DATED:  September 2, 2008 | MORGAN, LEWIS & BOCKIUS LLP <br> JOHN H. HEMANN <br> JOSEPH E. FLOREN <br> JONATHAN M. DEGOOYER <br> LAURA A. LEE <br><br>         s/ Joseph E. Floren         <br>         JOSEPH E. FLOREN <br><br> One Market, Spear Street Tower <br> San Francisco, CA  94105-1126 <br> Telephone: 415/442-1000 <br> 415/442-1001 (fax) <br><br> Attorneys for Nominal Defendant Extreme Networks, Inc. |

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Re Motion for the Appointment of Lead Plaintiff and Lead Counsel, Motion to Intervene and Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Joseph E. Floren has concurred in this filing.

DATED:  September 2, 2008                                 s/ Shawn A. Williams
                                                                            SHAWN A. WILLIAMS

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED:  9/8/08                                 *Ronald M. Whyte*
                                                            THE HONORABLE RONALD M. WHYTE
                                                            UNITED STATES DISTRICT JUDGE

T:\CasesSF\Extreme Networks\STP00053793.doc

STIPULATION & [] ORDER RE MOTION FOR APPOINTMENT OF LEAD PLAINTIFF & LEAD COUNSEL, MOTION TO INTERVENE & AMENDED COMPLAINT- C-07-02268-RMW          - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 2, 2008.

　　　　　　　　　　　　　　　　s/ Shawn A. Williams
　　　　　　　　　　　　　　　　SHAWN A. WILLIAMS

　　　　　　　　　　　　　　　　COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP
　　　　　　　　　　　　　　　　100 Pine Street, 26th Floor
　　　　　　　　　　　　　　　　San Francisco, CA  94111
　　　　　　　　　　　　　　　　Telephone:  415/288-4545
　　　　　　　　　　　　　　　　415/288-4534 (fax)
　　　　　　　　　　　　　　　　E-mail:shawnw@csgrr.com

## Mailing Information for a Case 5:07-cv-02268-RMW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Aelish Marie Baig**
  AelishB@csgrr.com

- **Robert Bramson**
  rbramson@bramsonplutzik.com

- **Jonathan DeGooyer**
  jdegooyer@morganlewis.com,lwalker@morganlewis.com

- **Joseph Edward Floren**
  jfloren@morganlewis.com,rluke@morganlewis.com

- **John Henry Hemann**
  jhemann@morganlewis.com,yandrada@morganlewis.com

- **Frank James Johnson**
  frankj@johnsonbottini.com,brett@johnsonbottini.com,frankb@johnsonbottini.com,trisha@johnsonbottini.com

- **Laura Alexis Lee**
  llee@morganlewis.com

- **Alan R Plutzik**
  aplutzik@bramsonplutzik.com

- **Alan Roth Plutzik**
  aplutzik@bramsonplutzik.com

- **Emanuel Shachmurove**
  mshachmurove@sbtklaw.com

- **Shawn A. Williams**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com

- **Eric L. Zagar**
  ezagar@sbtklaw.com,kpopovich@sbtklaw.com,der_filings@sbtklaw.com,rwinchester@sbtklaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Frank A. Bottini
Johnson Bottini LLP
655 West Broadway
Suite 1400
San Diego, CA 92101

L Timothy Fisher
Schiffrin Barroway Topaz & Kessler LLP
2125 Oak Grove Road
Suite 120
Walnut Creek, Ca 94598

Eric Lechtzin
```

Schiffrin Barroway Topaz Kessler LLP
280 King of Prussia Road
Radnor, PA 19087

**Laura A Lee**
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105

**Brett Michael Weaver**
Johnson Bottini, LLP
655 West Broadway
Suite 1400
San Diego, CA 92101