**United States District Court**
For the Northern District of California

**E-FILED on**    10/01/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| In re EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | No. C-07-02268 RMW |
|---|---|
| _____ | ORDER GRANTING KATHLEEN WHEATLEY'S MOTION FOR LEAVE TO INTERVENE AND FOR APPOINTMENT OF LEAD PLAINTIFF AND SELECTION OF COUNSEL |
| This Document Relates To: | |
| ALL ACTIONS. | **[Re Docket No. 89]** |

Having considered the papers submitted in support of Kathleen Wheatley's Motion for Leave to Intervene and for the Appointment of Lead Plaintiff and Selection of Counsel, the argument of counsel, if any, and for good cause shown, the court orders that the motion be granted.

DATED:        10/01/08

_____
RONALD M. WHYTE
United States District Judge

ORDER GRANTING KATHLEEN WHEATLEY'S MOTION FOR LEAVE TO INTERVENE AND FOR APPOINTMENT OF LEAD
PLAINTIFF AND SELECTION OF COUNSEL—07-02268 RMW
JAS

1

**Notice of this document has been electronically sent to:**

2

**Counsel for Plaintiffs:**

3

Robert Bramson            rbramson@bramsonplutzik.com
Emanuel Shachmurove       mshachmurove@sbtklaw.com

4

Aelish Marie Baig         AelishB@csgrr.com
Lawrence Timothy Fisher   ltfisher@bramsonplutzik.com

5

Alan R Plutzik            aplutzik@bramsonplutzik.com
Frank James Johnson       frankj@johnsonbottini.com

6

Shawn A. Williams         shawnw@csgrr.com
Eric L. Zagar             ezagar@sbtklaw.com

7

**Counsel for Defendants:**

8

John Henry Hemann         jhemann@morganlewis.com

9

Jonathan DeGooyer         jdegooyer@morganlewis.com
Joseph Edward Floren      jfloren@morganlewis.com

10

Laura Alexis Lee          llee@morganlewis.com

11

Counsel are responsible for distributing copies of this document to co-counsel that have not
registered for e-filing under the court's CM/ECF program.

12

13

**Dated:** _____10/01/08_____          _____JAS_____

14

**Chambers of Judge Whyte**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

ORDER GRANTING KATHLEEN WHEATLEY'S MOTION FOR LEAVE TO INTERVENE AND FOR APPOINTMENT OF LEAD
PLAINTIFF AND SELECTION OF COUNSEL—07-02268 RMW
JAS                                        2