**United States District Court**
For the Northern District of California

1
2
3
4                                                                          **E-FILED on**    12/30/09
5
6
7
8                              IN THE UNITED STATES DISTRICT COURT
9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                         SAN JOSE DIVISION
11

| | |
|---|---|
| In re EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | No. C-07-02268 RMW<br><br>ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>**[Re Docket No. 112, 114]** |
| This Document Relates To:<br><br>    ALL ACTIONS | |

20       On November 17, 2009, the court issued an order denying nominal defendant Extreme

21   Networks, Inc. ("Extreme")'s motion to strike and motion to dismiss.  On December 3, 2009,

22   Extreme filed a notice of motion and motion: (1) for leave to file motion for reconsideration of the

23   November 17, 2009 order denying nominal defendant's motion to strike and motion to dismiss; or in

24   the alternative, (2) for stay of action and certification of appeal under 28 U.S.C. § 1292(b).  On the

25   same day, Extreme noticed a hearing on the motion for a stay and for certification of appeal on

26   January 8, 2010.  The court hereby vacates the hearing on the motion for a stay and for certification

27

28

ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR
RECONSIDERATION—No. C-07-02268 RMW
CCL

1  of appeal and grants Extreme leave to file a motion for reconsideration.  The court sets the following

2  briefing schedule on the motion for reconsideration:

3          January 15, 2010: Opposition due

4          January 22, 2010: Reply due

5  After reviewing the papers, the court will determine whether a hearing on the motion for

6  reconsideration is necessary.  If the motion for reconsideration is denied, the court will then

7  determine whether to grant a stay of action and certification of appeal.

8

9

10

11

DATED:          12/30/09

12                                                          RONALD M. WHYTE
                                                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR
RECONSIDERATION—No. C-07-02268 RMW
CCL                                                                2

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1 **Notice of this document has been electronically sent to:**

2 **Counsel for PlaintiffS:**

3 Alan R Plutzik                 aplutzik@bramsonplutzik.com
  Emanuel Shachmurove            mshachmurove@sbtklaw.com
4 Eric L. Zagar                  ezagar@btkmc.com
  Lawrence Timothy Fisher        ltfisher@bramsonplutzik.com
5 Robert Bramson                 rbramson@bramsonplutzik.com
  Aelish Marie Baig              AelishB@csgrr.com
6 Shawn A. Williams              shawnw@csgrr.com
  Frank James Johnson            frankj@johnsonbottini.com
7 Lucas F. Olts                  Lolts@csgrr.com

8 **Counsel for Defendants:**

9 John Henry Hemann              jhemann@morganlewis.com
  Jonathan DeGooyer             jdegooyer@morganlewis.com
10 Joseph Edward Floren          jfloren@morganlewis.com
  Laura Alexis Lee               llee@morganlewis.com

11

12 Counsel are responsible for distributing copies of this document to co-counsel that have not
   registered for e-filing under the court's CM/ECF program.

13

14

15

16 **Dated:**    12/30/09                              CCL
                                              **Chambers of Judge Whyte**
17

18

19

20

21

22

23

24

25

26

27

28

ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR
RECONSIDERATION—No. C-07-02268 RMW
CCL                                      3