1  JOSEPH E. FLOREN, State Bar No. 168292
   JOHN H. HEMANN (SBN 165823)
2  MATTHEW S. WEILER (SBN 236052)
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105
4  Telephone: 415.442.1000
   Facsimile: 415.442.1001
5  E-mail: jfloren@morganlewis.com
           jhemann@morganlewis.com
6          theintz@morganlewis.com

7  Attorneys for Nominal Defendant
   EXTREME NETWORKS, INC.

*E-FILED - 8/25/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | No. C-07-02268-RMW<br>**ORDER GRANTING JOINT CASE MANAGEMENT STATEMENT AND SUGGESTION FOR RESCHEDULING OF CASE MANAGEMENT CONFERENCE** |
| This Document Relates To:<br><br>ALL ACTIONS. | DATE: August 27, 2010<br>TIME: 10:30 a.m.<br>COURTROOM: Honorable Ronald M. Whyte |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21881554.1                                           No. C-07-02268-RMW

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1    Plaintiff Kathleen Wheatley and nominal defendant Extreme Networks, Inc. (collectively,
2 the "Parties") hereby submit this Joint Case Management Statement and Suggestion for
3 Rescheduling of Case Management Conference in connection with the case management
4 conference scheduled for August 27, 2010.  The Parties' counsel have met and conferred and, in
5 order to facilitate continuing settlement discussions, respectfully request that the Court continue
6 the case management conference to September 3, 2010.
7    The Parties met with Judge Layn R. Phillips (ret.) on August 9, 2010 for mediation, but
8 did not reach a resolution.  The Parties, through Judge Phillips, have continued to communicate
9 regarding a possible resolution of this action.  Due to summer vacation schedules, however, the
10 Parties have been unable to complete their exchange of proposals and responses thereto, but
11 expect relevant settlement discussions to resume and continue during the week ending August 27,
12 2010.
13   Accordingly, the Parties respectfully request that the Court continue the August 27, 2010
14 case management conference to September 3, 2010 to allow for settlement negotiations to
15 continue.  In an effort to facilitate ongoing settlement discussions, the Parties have agreed to
16 extend all discovery deadlines by one week.  The Parties will update the Court on the status of
17 their settlement negotiations no later than August 27, 2010.

Dated: August 20, 2010                MORGAN, LEWIS & BOCKIUS LLP

                                      By:  ___/s/ Joseph E. Floren_____
                                      JOSEPH E. FLOREN
                                      MATTHEW S. WEILER

                                      Attorneys for Nominal Defendant
                                      Extreme Networks, Inc.

Dated: August 20, 2010                ROBBINS GELLER RUDMAN
                                        & DOWD LLP

                                      By:  ___/s/ Shawn A. Williams_____
                                      SHAWN A. WILLIAMS
                                      CHRISTOPHER M. WOOD

                                      Attorneys for Plaintiff

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Joseph E. Floren, am the ECF User whose ID and password is being used to file this Joint Case Management Statement and Suggestion for Rescheduling of Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams has concurred in this filing.

Executed on this 20th day of August 2010 at San Francisco, California.

                                          MORGAN, LEWIS & BOCKIUS LLP

                                          /s/ Joseph E. Floren
                                          JOSEPH E. FLOREN

\*\*\*

**O R D E R**

IT IS SO ORDERED.

DATED: 8/25/10

/s/ Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE