JOSEPH E. FLOREN (SBN 168292)
JOHN H. HEMANN (SBN 165823)
MATTHEW S. WEILER (SBN 236052)
DANIEL M. MARKMAN (SBN 261551)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: jfloren@morganlewis.com
        jhemann@morganlewis.com
        mweiler@morganlewis.com
        dmarkman@morganlewis.com

*E-FILED - 9/22/10*

Attorneys for Nominal Defendant
EXTREME NETWORKS, INC.

[additional counsel on signature blocks

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re EXTREME NETWORKS, INC. SHAREHOLDER DERIVATIVE LITIGATION | Case No. C-07-02268-RMW |
| | **STIPULATION AND [] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND DEFER PENDING DISCOVERY DEADLINES** |
| This Document Relates To: | |
| ALL ACTIONS | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB2/21903760.2

JOINT STIPULATION
No. C-07-02268-RMW

**STIPULATION**

WHEREAS, on September 3, 2010, a Case Management Conference was held and the Court agreed to set a further Case Management Conference for October 1, 2010 while the Parties engage in ongoing settlement discussions.

WHEREAS, the Parties continue to engage in mediation efforts with the Honorable Layn R. Phillips (ret.) and have shared settlement proposals with the mediator;

WHEREAS, Judge Phillips has been in communication with the Parties regarding settlement of the action;

WHEREAS, Judge Phillips is currently engaged in a separate trial for approximately seven to ten day, and will be unable to attend to settlement discussions in the instant action until after the trial is completed;

WHEREAS, the Parties continue to communicate regarding a possible resolution of this action through Judge Phillips and believe that further mediation is appropriate and would be productive;

WHEREAS, in an effort to facilitate ongoing settlement discussions, the Parties have agreed to continue the Case Management Conference for two weeks until October 15, 2010; and

WHEREAS, in an effort to facilitate ongoing settlement discussions, the Parties have agreed to hold all pending deadlines in abeyance until after the Case Management Conference is completed.

**IT IS THEREFORE STIPULATED AND AGREED**, by and between the Parties to the above-captioned action, through their respective counsel, as follows:

1.      The Parties agree to continue the Case Management Conference until October 15, 2010.

2.      The Parties agree to hold all pending deadlines, including discovery deadlines, in abeyance until after the Case Management Conference is completed.

///

Morgan, Lewis &
Bockius LLP
Attorneys At Law

DB2/21903760.2

2

JOINT STIPULATION
No. C-07-02268-RMW

1

2    **IT IS SO STIPULATED AND AGREED.**

3

4    Dated September 21, 2010                 ROBBINS GELLER RUDMAN & DOWD LLP

5
                                              By: _____/s/_____
6                                             SHAWN A. WILLIAMS
7                                             CHRISTOPHER M. WOOD

8                                             Attorneys for Plaintiff

9    Dated:  September 21, 2010               MORGAN, LEWIS & BOCKIUS LLP

10                                            By: _____/s/_____

11                                            JOSEPH E. FLOREN
12                                            JOHN H. HEMANN

13                                            Attorneys for Nominal Defendant
                                              EXTREME NETWORKS, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DB2/21903760.2

JOINT STIPULATION
No. C-07-02268-RMW

1

2                    **ATTESTATION PURSUANT TO GENERAL ORDER 45**

3          I, Joseph E. Floren, am the ECF User whose ID and password is being used to file this

4   Joint Case Management Statement and Suggestion for Rescheduling of Case Management

5   Conference.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams

6   has concurred in this filing.

7          Executed on this 21st day of September 2010 at San Francisco, California.

8

9                                                    MORGAN, LEWIS & BOCKIUS LLP

10

11                                                    _____/s/ Joseph E. Floren_____
                                                       JOSEPH E. FLOREN
12                                          * * *

13                            **[] ORDER** _____

14          Pursuant to stipulation, **IT IS SO ORDERED.**

15

16
    Dated:  September 22, 2010
17

18

19                              *Ronald M. Whyte*
                                _____
20                              The Honorable Ronald M. Whyte
                                United States District Judge

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21903760.2

4

JOINT STIPULATION
No. C-07-02268-RMW